PERCY W. REICHER, Respondent, v. TRADE BANK OF NEW YORK, Appellant.—
Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J.,
Dowling, Merrell, McAvoy and Burr, JJ.

JAMES C. DAYTON, as Executor, etc., Appellant, v. GRACE G. FARMER, Respond-
ent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling,
Merrell, McAvoy and Burr, JJ.

THE CITY OF NEW YORK, Appellant, v. JAMES NICKAS, Respondent.— Motion
denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy
and Burr, JJ.

LOUISE DORAN, Respondent, v. WILLIAM M. BARRETT, as President, etc.,
Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J.,
Dowling, Merrell, McAvoy and Burr, JJ.

ADELSON & WEINBERG DRESS CO., INC., Respondent, v. MORRIS FICHTELBERG
and Others, Appellants.— Motion denied, with ten dollars costs. Present —
Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNA SLATER, Respondent, v. ALFRED VICTOR BARNES, Appellant.— Motion
for reargument or for leave to appeal denied, with ten dollars costs. Motion for
stay granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HYMAN MORRIS, Respondent, v. ADOLPH METH, Appellant.— Motion denied,
with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and
Burr, JJ.

ZENITH BATHING PAVILION, INC., Respondent, v. FAIR OAKS STEAMSHIP COR-
PORATION and Others, Appellants.— Motion granted, question certified. Present
— Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HENRY D. APPLETON and Others, Respondents, v. NATIONAL PARK BANK OF
NEW YORK, Appellant.— Motion denied, with ten dollars costs. Present —
Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. STEPHENS, Appel-
lant, v. JOHN HANLEY, Warden, etc., and Others, Respondents.— Motion denied.
Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

E. A. CHRISTENSON and Others, Respondents, v. J. ARON & Co., INC., Appel-
lant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling,
Merrell, McAvoy and Burr, JJ.

BENJAMIN RECHSON, Respondent, v. MINNIE SHENK, as Executrix, etc., and
Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke,
P. J., Dowling, Merrell, McAvoy and Burr, JJ.

STOGOP REALTY Co., INC., and Another, Appellants, v. NATIONAL SURETY
COMPANY and Others, Respondents.— Motion denied, with ten dollars costs.
Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ST. MARY'S RUSSIAN ORTHODOX BROTHERHOOD, Appellant, v. CHRISTIAN REALTY
Co., INC., and Others, Respondents.— Motion granted. Present — Clarke, P. J.,
Dowling, Merrell, McAvoy and Burr, JJ.

BENJAMIN FRIEDLAND, Respondent, v. ARGENTOR HOLDING CORPORATION,
Appellant.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy
and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. STEPHENS, Appellant,
v. JOHN HANLEY, Warden, etc., and Others, Respondents.— Motion denied and
stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.